IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**WILLIAM JAMES HARRELSON**                                                                 **PETITIONER**

V.                                              **CASE NO. 5:22-CV-05085**

**SHERIFF TIM HELDER**                                                                         **RESPONDENT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 18) filed in this case on July 19, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The R&R recommends dismissing the Petition for Writ of Habeas Corpus by a Person in State Custody. No objections were filed by the deadline.

Accordingly, the Court finds the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Petition (Docs. 1 & 5) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 8th day of August, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE